THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
KLEINHANZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Pierce County, No. 166423RO21, Arthur W. Verharen, J.,

entered February 12, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.